**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: March 07, 2007**



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

UST-22, 4-01

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MOONEY, TAMMY J | ) | Case No. 05-27493-PHX SSC |
| | ) | |
| | ) | ORDER ON TRUSTEE'S OBJECTION |
| | ) | TO CLAIM NO. 3 |
| Debtor(s). | ) | |

The Trustee, JILL H. FORD, having objected to the referenced claim, and after due notice by mail on February 7, 2007 to the claimant, and the claimant having failed to respond, or after a hearing on the claimant's response, and good cause appearing,

IT IS HEREBY ORDERED that:

X  Trustee's objection is sustained and the following claim disallowed:

No. 3 filed 10/27/06 as a SECURED

claim by (or on behalf of) A-L FINANCIAL CORP

in the amount of $6566.10

_____ Trustee's objection is overruled and the following claim allowed:

No. _____ filed _____ as an _____

claim by (or on behalf of) _____

in the amount of $_____.

_____

_____

_____   _____
Date            The Honorable SARAH SHARER CURLEY
               United States Bankruptcy Judge

GRANTED